IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEITH M. SHANKLIN,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3659

Opinion filed October 7, 2016.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Keith M. Shanklin, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of habeas corpus is dismissed as unauthorized. See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.